1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10

11  IN RE: BEXTRA AND CELEBREX              No. MDL 05-01699 CRB
    MARKETING, SALES PRACTICES AND
12  PRODUCT LIABILITY LITIGATION           **STIPULATION AND PROPOSED**
    _____/   **ORDER OF DISMISSAL WITHOUT**
13  *This document relates to:*            **PREJUDICE AS TO ONLY LILLY**
                                           **JASLOWSKI AND HANK JASLOWSKI**
14          Lilly Jaslowski and Hank Jaslowski,
            wife and husband,
15          06-0226 CRB
16  _____/

17          Plaintiffs Lilly Jaslowski and Hank Jaslowski, and defendant Pfizer, Inc., by respective

18  counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate

19  that the claims of only Lilly Jaslowski and Hank Jaslowski be dismissed with prejudice, with each

20  side bearing its own attorneys' fees and costs.

21  Dated: December 17, 2007               **PHILLIPS & ASSOCIATES**

22                                         By s/Lowell W. Finson[1]
23                                            Lowell W. Finson
                                              3030 North Third Street, Suite 1100
24                                            Phoenix, Arizona 85012
                                              (602)258-8900 (Telephone)
25                                            (602)288-1632 (Facsimile)
                                              E-mail: lowellf@phillipslaw.ws
26                                            AZ Bar ID 010872

27  _____
          [1]I hereby attest that I have on file all holograph signatures for any signatures indicated by a
28  "conformed" signature (/S/) within this e-filed document.

                                        - 1 -

1

2

3   Dated: 12/18/07

4

5

6

7

8

9

10

11   THE FOREGOING STIPULATION
     IS APPROVED AND IS SO ORDERED.

12   DATED: Dec. 19

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Attorneys for Plaintiffs Lilly Jaslowski and Hank Jaslowski**

**GORDON & REES, LLP**

By s/Stuart M. Gordon
   Stuart M. Gordon, Esq.
   275 Battery Street, Suite 2000
   San Francisco, California 94111
   (415)986-5900 (Telephone)
   (415)262-3801 (Facsimile)
   E-mail: sgordon@gordonrees.com
   CA Bar No. 37477

**Attorneys for Defendant Pfizer, Inc.**

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 2 -