1 | Lowell W. Finson, AZ Bar ID 010872
 | *(Appearance Pro Hac Vice)*
2 | PHILLIPS & ASSOCIATES
 | Qwest Building, 26th Floor
3 | 20 East Thomas, Road, Suite 2600
 | Phoenix, Arizona 85012
4 | Tel:  (602) 258-8900
 | Fax:  (602) 288-1671
5 | lowellf@phillipslaw.ws

6 | Attorneys for Plaintiff
 | Hazel Schumann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB <br><br> Case No. 3:06-cv-00226-CRB <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:* <br><br> *Lilly Jaslowsky, et al. v. Pfizer Inc., et al.* <br><br> No. 3:06-cv-00226-CRB | |

Come now the Plaintiff HAZEL SCHUMANN, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

///

| | | |
|---|---|---|
| DATED: ____, 2009 | | PHILLIPS & ASSOCIATES |

By: _____
Lowell W. Finson
Attorney for Plaintiff Lottie E. Adams

DATED 9/21, 2009    GORDON & REES

By: _____
Stuart M. Gordon
Attorney for Defendants

PURSUANT TO THE TERMS STET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 9/30/09

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA